# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| TYREE GRANT | ) |

## INFORMATION

### COUNT ONE
*Illegal Possession of Drug Paraphernalia*
**[18 U.S.C. § 13 and Alabama Code § 13A-12-260]**

The United States Attorney charges that:

On or about the 17th day of June 2024, in Calhoun County, within the Northern District of Alabama, the Defendant,

**TYREE GRANT,**

on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, the Anniston Army Depot, Alabama, did possess with the intent to use, drug paraphernalia, that is, a grinder, in violation of *Alabama Code* Section 13A-12-260, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney

*/s/ electronic signature*
DANIEL S. MCBRAYER
Assistant United States Attorney